ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:03CR978DDP        Recorder: Tape No. CS 10/20/03        Date: 10/20/2003

Present: The Honorable Paul Game, Jr., U.S. Magistrate Judge

Court Clerk: Maria Cortez & Linda Jackson Williams        Assistant U.S. Attorney: AUSA - BARBARA MASTERSON

| United States of America v. | Attorney Present for Defendant | Language | Interpreter |
|---|---|---|---|
| (2) BENJAMIN FRANDSEN  Custody - Present | (2) Sean Kennedy/Jeffrey Rutherford  DFPD-Previously Apptd - PRESENT | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is <u>as charged</u>.

Defendant is given a copy of the <u>Indictment</u>, acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts of the <u>Indictment</u>.

Court orders this case <u>previously assigned</u> to the calendar of U.S. District Judge <u>Dean D. Pregerson</u> for/and <u>further orders jury trial set for</u> NOVEMBER 18, 2003 @9:00 AM. Defendant and his/her counsel are ordered to appear before said judge at the date and time indicated.

Judge's Order(s) Issued.

Other:

cc: PSA, Statistics Clerk, USM LA

Initials of Deputy Clerk: mc

