DEBRA W. YANG
United States Attorney
STEVEN D. CLYMER
Special Assistant United States Attorney
Chief, Criminal Division
BRUCE RIORDAN (State Bar No. 127230)
Assistant United States Attorney
Deputy Chief, Terrorism & Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California  90012
    Telephone:  (213) 894-0610
    Facsimile:  (213) 894-3713

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 03-978(A)-DDP |
|---|---|
| Plaintiff, | ) GOVERNMENT'S REQUEST FOR |
| | ) DISMISSAL OF INDICTMENT |
| v. | ) AGAINST DEFENDANTS; [~~PROPOSED~~] |
| | ) ORDER |
| RONALD SHANE HUANG, | ) |
| BENJAMIN FRANDSEN, and | ) NO HEARING DATE SET |
| NICHOLAS TURNER, | ) |
| Defendants. | ) |

    Pursuant to Rule 48 of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, Plaintiff, the United States Attorney for the Central District of California, hereby moves to dismiss without prejudice both the original Indictment and the First Superseding Indictment in this case against all of the above-named defendants.  Since the date of the charges in this case the government has conducted further independent investigation into the matter and has determined that at this time there is no viable basis for federal jurisdiction over this case.  Therefore, the government believes it is in the best interests of justice to forthwith dismiss the charges

against defendants. As a result, the government now seeks to dismiss all charges in the present case against all defendants without prejudice.

DATED: June 22, 2004

Respectfully submitted,

DEBRA W. YANG
United States Attorney

STEVEN D. CLYMER
Special Assistant United States Attorney
Chief, Criminal Division

_____
BRUCE RIORDAN
Assistant United States Attorney
Deputy Chief, Terrorism & Organized Crime Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

[~~PROPOSE~~D] O R D E R

UPON APPLICATION OF THE UNITED STATES OF AMERICA, the Court hereby orders that both the original Indictment and the First Superseding Indictment in CR 03-978(A)-DDP be dismissed without prejudice against defendants Ronald Shane Huang, Benjamin Frandsen and Nicholas Turner.

DATED: June 30, 2004

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

I, **RAQUEL GARCIA**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S REQUEST FOR DISMISSAL OF INDICTMENT AGAINST DEFENDANTS; [PROPOSED] ORDER**

service was:

| | | | |
|---|---|---|---|
| [ ] | Placed in a closed envelope, for collection and interoffice delivery addressed as follows: | [ X ] | Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: |
| [ ] | By hand delivery addressed as follows: | [X] | By facsimile as follows: |
| [ ] | By messenger as follows: | [ ] | By federal express as follows: |

**PLEASE SEE ATTACHED SERVICE LIST**

This Certificate is executed on June 25, 2004, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

RAQUEL GARCIA

|   |   |
|---|---|
| 1 | U.S. v. HUANG, ET AL. |
| 2 | SERVICE LIST |

3  Anthony Brooklier, Esq.
   Marks & Brooklier
4  10100 Santa Monica Blvd.
   Suite 800
5  Los Angeles, California 90067

6

   Sean K. Kennedy, Esq.
7  Jeff Rutherford, Esq.
   Deputy Federal Public Defenders
8  321 East Second Street
   Los Angeles, California 90012

9

10 Gregory Nicolaysen
   16000 Ventura Blvd.
11 Suite 500
   Encino, CA 91436

# NOTICE PARTY SERVICE LIST

| Case No. | CR 03-00978 (A) DDP | Case Title | UNITED STATES OF AMERICA -V- SHANE HUANG et al. |
|---|---|---|---|

| Title of Document | GOVERNMENT'S REQUEST FOR DISMISSAL OF INDICTMENT AGAINST DEFENDANTS |
|---|---|

| | | | |
|---|---|---|---|
| | Atty Sttlmnt Officer | | US Attorneys Office - Civil Division -L.A. |
| | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division - S.A. |
| | Beck, Michael J (Clerk, MDL Panel) | | US Attorneys Office - Criminal Division -L.A. |
| | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -S.A. |
| | CA St Pub Defender (Calif. State PD) | | US Bankruptcy Court |
| | CAAG (California Attorney General's Office - Keith Borjon, L.A. Death Penalty Coordinator) | ✓ | **US Marshal Service - Los Angeles (USMLA)** |
| | | | US Marshal Service - Santa Ana (USMED) |
| | Case Asgmt Admin (Case Assignment Administrator) | | US Marshal Service - Riverside (USMSA) |
| | Catterson, Cathy (9th Circuit Court of Appeal) | ✓ | **US Probation Office (USPO)** |
| | Chief Deputy Admin | | US Trustee's Office |
| | Chief Deputy Ops | | Warden, San Quentin State Prison, CA |
| | Clerk of Court | | |
| | Death Penalty H/ C (Law Clerks) | | |
| | Dep In Chg E Div | | |
| | Dep In Chg So Div | | |
| ✓ | **Fiscal Section** | | |
| | Intake Supervisor | | |
| | Interpreter Section | | |
| | PIA Clerk - Los Angeles (PIALA) | | |
| | PIA Clerk - Riverside (PIAED) | | |
| | PIA Clerk - Santa Ana (PIASA) | | |
| ✓ | **PSA - Los Angeles (PSALA)** | | |
| | PSA - Riverside (PSAED) | | |
| | PSA - Santa Ana (PSASA) | | |
| | Schnack, Randall (CJA Supervising Attorney) | | |
| | Statistics Clerk | | |
| | Stratton, Maria - Federal Public Defender | | |

| | *ADD NEW NOTICE PARTY* (* *if sending by fax, mailing address must also be provided):* |
|---|---|

Name: _
Firm: _
Address(include suite or floor) : _

*E-Mail: _
*Fax No.: _

*For CIVIL cases only

| *JUDGE / MAGISTRATE JUDGE (list below):* |
|---|
| |
| |
| |
| |

Initials of Deputy Clerk _/ae_

G-75 (06/04)   NOTICE PARTY SERVICE LIST